# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

SONOBIA PARKER,
Individually and on Behalf of
All Others Similarly Situated                            PLAINTIFF

v.                      No. 3:20-cv-5-DPM

MAVERICK TUBE CORPORATION                 DEFENDANT

## ORDER

Joint motion, *Doc. 29*, noted and appreciated. The Court sees two issues. First, the parties' proposed agreement contemplates settlement of all asserted and potential wage-related claims, *Doc. 29-1 at VIII, XIII, & 1(r)*. So far, so good. But the release appears to cover many other kinds of claims, including those under common law, Title VII, the ADA, and the FMLA. *Doc. 29-1 at 2*. This dissonance is concerning. Second, the motion is silent about certification of a collective. The Court's tentative thought is that it should take this step in any approval Order. The Court welcomes the parties' thoughts. Joint report due by 9 December 2020.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 December 2020