IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SONOBIA PARKER,
Individually and on Behalf of
All Others Similarly Situated                                          PLAINTIFF

v.                            No. 3:20-cv-5-DPM

MAVERICK TUBE CORPORATION                                          DEFENDANT

JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction to enforce the parties' settlement agreement, and oversee settlement administration, until 17 September 2021.

_____
D.P. Marshall Jr.
United States District Judge

30 December 2020