IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SONOBIA PARKER,
Individually and on Behalf of
All Others Similarly Situated　　　　　　　　　　　　PLAINTIFF

v.　　　　　　　　　　No. 3:20-cv-5-DPM

MAVERICK TUBE CORPORATION　　　　　　　　　　DEFENDANT

### AMENDED ORDER

**1.** The joint motion and supplemental motion, *Doc. 29 & 31*, are granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). As finalized, *Doc. 33*, the settlement reflects a good-faith resolution of a *bona fide* wages dispute. And the attorney's fee was negotiated separately, after the parties had settled the wage claims.

**2.** For purposes of settlement, the Court certifies a collective action. The group contains:

> Current and former non-exempt Maverick Tube Corporation employees who received an attendance bonus or incentive compensation between 30 September 2017 and 30 September 2020.

The Court directs administration of the settlement as follows:

- Sanford Law Firm, PLLC, is appointed as Group Counsel;
- All capitalized terms not otherwise defined in this Order shall have the same meaning ascribed to them in the Parties' Settlement and Release Agreement;
- The Notice of Collective Action Settlement is approved in form and substance with threes change: the phrase "hourly paid" is not hyphenated; replace all references to "class" with "group"; and replace "and/or" with "or" throughout;
- Within ten days of the Funding Date, the Settlement Administrator must send the Notice of Collective Action Settlement to the Settlement Group by first-class mail and email (if email addresses are available); and
- Settlement payments shall be made in accordance with the terms of the Agreement.

The Court authorizes the parties' lawyers to use all necessary reasonable procedures in administrating the settlement that are not materially inconsistent with this Order or the Settlement Agreement.

3. Joint report on settlement administration due 17 July 2021.

4. The Court will dismiss the complaint with prejudice and retain jurisdiction until 17 September 2021 to enforce the settlement.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 January 2021