IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SONOBIA PARKER,
Individually and on Behalf of
All Others Similarly Situated                                                   PLAINTIFF

v.                          No. 3:20-cv-5-DPM

MAVERICK TUBE CORPORATION                    DEFENDANT

## AMENDED JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction to enforce the parties' settlement agreement, and oversee settlement administration, until 12 June 2022.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 June 2021